■ MARY E. PHILSON, Respondent, v ARTHUR PHILSON, Appellant.—Appeal by defendant from an order of the Supreme Court, Westchester County, dated July 12, 1979, which, *inter alia,* (1) granted plaintiff's motion to permanently enjoin defendant from proceeding with the sale or transfer of certain property to his present wife, and (2) awarded plaintiff a counsel fee of $1,500 in connection with her institution of the instant application. Order modified, on the law, by deleting the third decretal paragraph thereof. As so modified, order affirmed, with $50 costs and disbursements to plaintiff. The award of a counsel fee in the instant matter was improper. Pursuant to section 237 of the Domestic Relations Law, a court is empowered to award counsel fees only in matrimonial actions (see *Donnarumma v Donnarumma,* 72 AD2d 545), and thus, on this application for a permanent injunction, the court lacked the statutory authority to make such award. Rabin, J. P., Gulotta, Cohalan and O'Connor, JJ., concur.